IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-CV-00131-SBP

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 23 2024

JEFFREY P. COLWELL
CLERK

Plaintiff(s), LaTonya D. Davis

v.

Saint Anthony's Hospital et al

Defendant(s).

MOTION FOR / TO: Seal and Restrict

Plaintiff, is asking the court to please restrict public access to Mrs. Patricia Lorraine Dilworth's medical records due to hippa laws, this private information is for the people who are involved in this serious crime. All of the Defendants need to see what type of person Mrs. Dilworth was, they need to see how she just needed help, & they all failed her!

I confirm that I have conferred with the opposing counsel in good faith regarding this motion, as required under local rule D.C.COLO.LCivR 7.1(a) [1].

Dated at Denver (city), CO (state), this Friday day 23, 2024

_____ Signature

---

[1] [**Note:** Local Civil Rule D.C.COLOLCivR 7.1(a) requires a party (including an unrepresented party) to confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party about the subject of their motion before filing the motion, and to describe the specific efforts to fulfill this duty. The duty to confer is not required, in certain exceptions. See D.C.COLOLCivR 7.1(b)(1)-(4).]

## CERTIFICATE OF SERVICE

I hereby certify that on [DATE] __2/23/24__,

I sent a copy of the **MOTION FOR/TO:** __The Clerk of the Court__

to the following parties in the way described below each party's name:

Party Name: __Saint Anthony's Hospital__
How Served: __Marshall?__
Party Attorney's Name:_____
Address:_____
_____
Telephone Number:_____
Email Address:_____


Party Name:_____
How Served:_____
Party Attorney's Name:_____
Address:_____
_____
Telephone Number:_____
Email Address:_____

_____
(Signature of person completing service)
Print Name: __Lalaya D. Davis__
Address: __PO Box 15116__
__Denver CO 80215__
Telephone Number: __303-577-5945__
Email Address: __truth-ent@ymail.com__
__truth-ent@ymail.com__

3